**Order entered October 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00830-CR

**JOSE ANGEL GONZALEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81581-08**

## ORDER

We **GRANT** Official Court Reporter Charon Evans's October 8, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due on or before **November 21, 2014**.

The clerk's record has not been filed and is now overdue. We **ORDER** the Collin County District Clerk to file the clerk's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to Charon Evans and to the Collin County District Clerk.

/s/    LANA MYERS
        JUSTICE